UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JULIAN JACKSON                                    CIVIL ACTION

VERSUS                                            NO: 16-13506

UPS GROUND FREIGHT, INC.                          SECTION: A

## JUDGMENT

For the written reasons of the Court entered herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendant, UPS Ground Freight, Inc., and against the plaintiff, Julian Jackson.

New Orleans, Louisiana, this 12th day of December 2017.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE