UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JULIAN JACKSON** | **CIVIL ACTION NO. 2:16-CV-13506** |
| **VERSUS** | **JUDGE JAY C. ZAINEY** |
| **UPS GROUND FREIGHT, INC.** | **MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.** |

### NOTICE OF APPEAL

**NOW INTO COURT**, through undersigned counsel, come plaintiff, Julian Jackson, and notice is hereby given that Julian Jackson in the above named case hereby Appeals to the United States Court of Appeals for the Fifth Circuit Court of Appeal from the attached final judgment signed on December 12, 2017 and entered on December 13, 2017 (Rec. Doc 45) in favor of UPS Ground Freight, Inc. and against Julian Jackson in connection with the Motion for Summary Judgment filed by UPS Ground Freight, Inc. and Record Doc. 44 containing the original order dated December 12, 2017 dismissing the case with prejudice.

RESPECTFULLY SUBMITTED,

/s *Wanda Anderson Davis*
**WANDA ANDERSON DAVIS #16788**
**Leefe, Gibbs, Sullivan, and Duprè, L.L.C.**
**3900 North Causeway Blvd., Suite 1470**
**Metairie, LA 70002**
**(504) 830-3990**
**(504) 830-3998**
**wadavis@leefegibbs.com**
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

    I hereby certify that I have electronically forwarded the above and foregoing Notice of Appeal to the address provided for electronic filing to Counsels of Record on this 11th[h] day of January 2018.

                                              /s/ *Wanda Anderson Davis*
                                              **WANDA ANDERSON DAVIS**