IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-30059
_____

JULIAN JACKSON,

      Plaintiff - Appellant

v.

UPS GROUND FREIGHT, INCORPORATED,

      Defendant - Appellee

_____

Appeal from the United States District Court for the
Eastern District of Louisiana
_____

CLERK'S OFFICE:

      Under 5TH CIR. R. 42.3, the appeal is dismissed as of March 19, 2018, for want of prosecution. The appellant failed to timely file brief and record excerpts.

                                        LYLE W. CAYCE
                                        Clerk of the United States Court
                                        of Appeals for the Fifth Circuit

                                        *Rebecca L. Leto*
                                        By: _____
                                        Rebecca L. Leto, Deputy Clerk

                    ENTERED AT THE DIRECTION OF THE COURT